# FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF _____ V.S. _____  FOR _____  AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Randy Brimley**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: 2004M ETII-JSK
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☑ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☑ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed? ☐ Yes ☐ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

OTHER INCOME: Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes  ☐ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES
RECEIVED: $5,000   SOURCES: odd jobs, landscaping, mechanic

CASH: Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No  IF YES, state total amount $ _____

PROPERTY: Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT
VALUE: _____  DESCRIPTION: _____

**DEPENDENTS**
MARITAL STATUS: ✓ SINGLE / MARRIED / WIDOWED / SEPARATED OR DIVORCED
Total No. of Dependents: 2
List persons you actually support and your relationship to them: Brendon Evans (father), Rendai Brimley (father)

**OBLIGATIONS & DEBTS**

DEBTS & MONTHLY BILLS (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: _____

| Creditors | Total Debt | Monthly Paymt. |
|---|---|---|
| Capitol One Visa | $200. | $ |
| Household Bank CreditCard | $250. | $ |
| back child support | $2100. | $ |
| back child support | $1400. | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **October 19, 2004**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Randy Brimley*