# UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

**RANDY BRIMLEY,**
a/k/a "BIG"

To: The United States Marshal
and any Authorized United States Officer

**WARRANT FOR ARREST**
Case Number:

2004 M 0511 RBC

YOU ARE HEREBY COMMANDED to arrest   **RANDY BRIMLEY,   a/k/a "BIG"**
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT  ☐ INFORMATION  ☒ COMPLAINT  ☐ ORDER OF COURT  ☐ VIOLATION OF NOTICE  ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**Possession with intent to distribute, and distribution of cocaine base, also known as "crack"**

in violation of Title   **21**   United States Code, Section(s)   **841(a)(1)**   .

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

Boston, MA;   October 15, 2004
Date and Location

Bail fixed at $ _____   BY _____

| RETURN | | |
|---|---|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON _____ 10/19/04 | |

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: __Randy Brimley__

ALIAS: __Big__

LAST KNOWN RESIDENCE: __20 Woodville Street, #2  Roxbury, MA__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __Boston, MA__

DATE OF BIRTH: __8/8/79__

SOCIAL SECURITY NUMBER: __7654__

HEIGHT: __5'11"__    WEIGHT: __250 lbs.__

SEX: __male__    RACE: __Black__

HAIR: __Black__    EYES: __Brown__

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __DEA, New Bedford, MA__