UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                          )<br>)<br>RANDY BRIMLEY               )<br>      Defendant            )<br>                            ) | MJ NO. 2004M0511RBC |

**GOVERNMENT'S NOTICE CONCERNING LOCAL CHARGES**

Now comes the United States in the above matter and states as follows:

1. At the defendant's initial appearance, the court directed the government, pursuant to 18 U.S.C. § 3142(d)(2) to notify the local authorities involved in the pending state drug case against the defendant, Randy BRIMLEY of his present status.

2. I have spoken to the Assistant District Attorney ("ADA") from the Bristol County District Attorney's Office assigned to handle the pending state drug case against BRIMLEY. I informed ADA Jackie Porro of the federal charges against BRIMLEY and his present status of detention in federal custody.

3. I also had Drug Enforcement Administration ("DEA") Task Force Agent John L. Faria speak with Officer Jay Huard of the Fall River Police Department concerning the federal charges against BRIMLEY and his present status of detention in federal custody. Officer Huard

is the case officer on the pending state drug case against the defendant.

4. All parties agreed that the federal case should proceed first in order of prosecution. Accordingly, ADA Porro will request that BRIMLEY be defaulted at the next court date, on December 1, 2004, with a warrant to issue. The police and district attorney's office will address the disposition of that case following the resolution of the federal charges.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Glenn A. Mackinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

DATED:   October 28, 2004.

2

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

>   Martin Richey, Esq.
>   Office of the Federal Defenders
>   408 Atlantic Avenue
>   Boston, MA 02110

This 28th day of October, 2004

/s/ Glenn A. MacKinlay
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY

3