UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RANDY BRIMLEY,<br>   a/k/a "BIG" | Criminal No. 04-10344-RGS<br><br>VIOLATIONS:<br>21 U.S.C. § 846 --<br>Conspiracy to<br>Distribute Cocaine Base<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine Base<br><br>18 U.S.C. § 2 --<br>Aiding and Abetting<br><br>21 U.S.C. § 841(a)(1)--<br>Distribution of<br>Cocaine<br><br>21 U.S.C. §853 --<br>Criminal Forfeiture<br>Allegation |

## INDICTMENT

**COUNT ONE:**   (21 U.S.C. § 846 -- Conspiracy To Distribute
         Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but from at least in or about July, 2004, and continuing thereafter until on or about October 18, 2004, at Fall River, Boston, and elsewhere in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, did knowingly and intentionally combine,

conspire, confederate and agree with persons unknown to the Grand Jury to possess with intent to distribute, and to distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

The Grand Jury further alleges that the conspiracy charged in Count One involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                    Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about July 21, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE**:    (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about July 28, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FOUR:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine)

The Grand Jury further charges that:

On or about July 28, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT FIVE:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                    Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about August 11, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT SIX**:        (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about August 20, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT SEVEN**:     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
                     Base)

The Grand Jury further charges that:

On or about August 25, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 50 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT EIGHT**:   (21 U.S.C. § 841(a)(1) -- **Distribution of Cocaine Base**)

The Grand Jury further charges that:

On or about September 15, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG"**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT NINE:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about October 13, 2004, at Boston, and elsewhere in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**COUNT TEN:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base)

The Grand Jury further charges that:

On or about October 14, 2004, at Fall River, in the District of Massachusetts,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, cocaine base, also known as "crack cocaine", a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, also known as "crack cocaine", a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(B)(iii) applies to this count.

All in violation of Title 21, United States Code, Section 841(a)(1).

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.  The defendant, RANDY BRIMLEY, a/k/a "BIG", is accountable for at least 150 grams, but less than 500 grams, of cocaine base, also known as "crack cocaine". Accordingly, USSG §2D1.1(c)(3) applies to the defendant.

2.  The defendant, RANDY BRIMLEY, a/k/a "BIG", is an organizer or leader in criminal activity that involved five or more participants or was otherwise extensive. Accordingly, USSG § 3B1.1(a) applies to this defendant

## FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 10 of this Indictment,

**RANDY BRIMLEY, a/k/a "BIG",**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant--

    (a) cannot be located upon the exercise of due diligence;

    (b) has been transferred or sold to, or deposited with, a third party;

    (c) has been placed beyond the jurisdiction of the Court;

    (d) has been substantially diminished in value; or

    (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property

described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
GLENN A. MACKINLAY
ASSISTANT U.S. ATTORNEY


DISTRICT OF MASSACHUSETTS                  November 17, 2004 @ 4:03 PM


    Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

JS 45 (5/97) - (Revised USAO MA 1/15/04)

# Criminal Case Cover Sheet    U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. **II**    Investigating Agency **DEA**

City    **Fall River**    Related Case Information:

County    **Bristol**    Superseding Ind./ Inf. _____ Case No. _____
Same Defendant **x** New Defendant _____
Magistrate Judge Case Number    **2004   M  0511 RBC**
Search Warrant Case Number    **2004M0512-13, 23-25 RBC**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name    **Randy Brimley**    Juvenile  ☐ Yes  ☐ No

Alias Name    **Big**

Address    **20 Woodville Street, #2 Roxbury, MA**

Birth date (Year only): **1979**  SSN (last 4 #): **7654**  Sex **m**  Race: **Black**  Nationality: **US**

Defense Counsel if known:    **Martin Richey**    Address: _____
**Federal Defender's Office**

Bar Number: _____

**U.S. Attorney Information:**

AUSA    **Glenn A. MacKinlay**    Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No    List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

Arrest Date:    **October 18, 2004**

☒ Already in Federal Custody as    **October 18, 2004**    in    **Plymouth County H.O.C.**
☐ Already in State Custody _____    ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by _____ on _____

Charging Document:    ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts:    ☐ Petty ____    ☐ Misdemeanor ____    ☒ Felony **10**

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **11/17/04**    Signature of AUSA: *Glenn A. MacKinlay*

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**  Randy Brimley

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C § 846 | Conspiracy to Distribute Crack Cocaine | 1 |
| Set 2 | 21 U.S.C § 841(a) | Possession with Intent, Distribution of crack | 3, 6 - 10 |
| Set 3 | 18 U.S.C. § 2 | Aiding an Abetting in Distribution of Crack | 2, 5 |
| Set 4 | 21 U.S.C. 841(a) | Possession with Intent, Distribution of Cocaine | 4 |
| Set 5 | 21 U.S.C. § 853 | Criminal Forfeiture Allegation | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**