UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 NOV 18 P 3: 02

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 04-10344-RGS |
| ) | |
| RANDY BRIMLEY, ) | |
| ) | |
| a/k/a "BIG" ) | |

### INFORMATION

Pursuant to Title 21, United States Code, Section 851, the government files this Information giving notice that at the sentencing of defendant, RANDY BRIMLEY, a/k/a "BIG", the government will seek increased punishment by reason of the following criminal conviction:

1. West Roxbury District Court, docket number 9806CR0621, count A as amended - Possession of a Class B Substance with Intent to Distribute; date of conviction 11/10/98.

The conviction is further described in the copy of records of the West Roxbury District Court, which are attached hereto, incorporated herein.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Glenn A. Mackinlay
GLENN A. MACKINLAY
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the counsel of record for the defendant the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

This 18th day of November, 2004.

*/s/ Glenn A. MacKinlay*
GLENN A. MACKINLAY

# CRIMINAL DOCKET

| | |
|---|---|
| DOCKET NO. | 9806 CR 0021 |
| ATTORNEY NAME | Ball/Bardouly |

**COURT DIVISION:** JC WEST ROXBURY
**Interpreter Required** (language:)

**NAME, ADDRESS AND ZIP CODE OF DEFENDANT:**
Randy L. Brimley
20 Woodville St. #2
Roxbury, MA

MAR 10 1998

2-8-99 Attn'y A. Duffey

**DEFT. DOB AND SEX:** 08-08-79
**OFFENSE CODE(S):** 813, 813b, 809
**DATE OF OFFENSE(S):** 2-9-98
**PLACE OF OFFENSE(S):** Dimock/Columbus Ave.
**COMPLAINANT:** Beath, 9702/A.Murphy
**POLICE DEPARTMENT (if applicable):** E-13, cc#80067911
**DATE OF COMPLAINT:** February 10, 1998
**RETURN DATE AND TIME:** Arrested

**DATE & JUDGE:** 2/10/98 Ball; MAR 10 Christoul J

**DOCKET ENTRY:**
- [x] Attorney appointed (SJC R. 3:10)
- [ ] Atty denied & Deft advised per 211D §2A
- [ ] Waiver of counsel found after colloquy
- Terms of release set:
  - [ ] PR  [x] Bail: $1000 cash
  - [ ] Held (276 §58A)
  - [ ] See back for special conditions
- Arraigned and advised MAR 10
  - [x] Potential of bail revocation (276 §58)
  - [ ] Right to bail review (276 §58)
  - [ ] Right to drug exam (111E §10)
- Advised of right to jury trial
  - [ ] Does not waive
  - [x] Waiver of jury trial found after colloquy
- Advised of trial rights as pro se (Supp.R. 4)
- Advised of right of appeal to Appeals Ct (R. 28)

---

**COUNT-OFFENSE A.** TRAFFICKING IN COCAINE c94C s32E
*A. Possession Cl. B 11/10/98 Coffey*

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT 35 [ ] WAIVE

**DISPOSITION DATE & JUDGE:** Coffey 11-10-98

**DISPOSITION METHOD:**
- [x] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

**FINDING:**
- [ ] Not Guilty
- [x] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- [ ] Sufficient facts found but continued without guilty finding until:
- [x] Probation 11-9-01  [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [ ] Dismissed upon: [ ] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
- [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

2 yrs HofC susp/pro

**FINAL DISPOSITION:**
- [ ] Dismissed on recommendation of Probation Dept.
- [x] Probation terminated; defendant discharged

**JUDGE:** Coffey  **DATE:** 5-17-01

---

**COUNT-OFFENSE B.** TRAFF. IN COCAINE W/1000 FT SCHOOL c94C s32J.
*B. Poss Cl B 11/10/98 ft school Coffey*

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT [ ] WAIVE

**DISPOSITION DATE & JUDGE:** Coffey 11-10-98

**DISPOSITION METHOD:**
- [x] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [x] None of the above

**FINDING:**
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation   [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [x] Dismissed upon: [ ] Request of Comm. [ ] Request of victim  1911D000008/11/99DRUG
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
- [x] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- [ ] Dismissed on recommendation of Probation Dept.
- [x] Probation terminated; defendant discharged   5/17/01 Coffey  005/20/99 WWAP

---

**COUNT-OFFENSE C.** MFG./DISTRIB./CULTIVATE CLASS D SUB. c94C s32C
*11-10-98 Possess Cl D*

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT [ ] WAIVE

**DISPOSITION DATE & JUDGE:** Coffey 11-10-98

**DISPOSITION METHOD:**
- [x] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

**FINDING:**
- [ ] Not Guilty
- [x] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation  [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [ ] Dismissed upon: [ ] Request of Comm. [ ] Request of victim
  - [x] Request of Deft [ ] Failure to prosecute [ ] Other:
- [x] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

amended Coffey to possession Cl D

**FINAL DISPOSITION:**
- [ ] Dismissed on recommendation of Probation Dept.
- [x] Probation terminated; defendant discharged

**JUDGE:** Coffey  **DATE:** 5-17-01

---

**COUNT-OFFENSE:** (blank)

FINE | SURFINE | COSTS | RESTITUTION | V/W ASSESSMENT [ ] WAIVE

**DISPOSITION DATE & JUDGE:**

**DISPOSITION METHOD:**
- [ ] Guilty Plea or Admission to Sufficient Facts accepted after colloquy & 278 §29D warning
- [ ] Bench Trial
- [ ] Jury Trial
- [ ] None of the above

**FINDING:**
- [ ] Not Guilty
- [ ] Guilty
- [ ] Not Responsible
- [ ] Responsible
- [ ] No Probable Cause
- [ ] Probable Cause

**SENTENCE OR OTHER DISPOSITION:**
- [ ] Sufficient facts found but continued without guilty finding until:
- [ ] Probation   [ ] Pretrial probation(276 §87) - until:
- [ ] To be dismissed upon payment of court costs/ restitution
- [ ] Dismissed upon: [ ] Request of Comm. [ ] Request of victim
  - [ ] Request of Deft [ ] Failure to prosecute [ ] Other:
- [ ] Filed with Deft's consent [ ] Nolle Prosequi [ ] Decriminalized (277 §70C)

**FINAL DISPOSITION:**
- [ ] Dismissed on recommendation of Probation Dept.
- [ ] Probation terminated; defendant discharged

---

[ ] ADDITIONAL COUNTS ATTACHED

**COURT ADDRESS:** 445 THE ARBORWAY, JAMAICA PLAIN, MA 02130

**A TRUE COPY ATTEST:** X
**CLERK MAGISTRATE/ASST. CLERK:** Richd R. Walsh
**ON (DATE):**

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | | RESULT | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/10/98 | PT/PT | ☐ Held ☐ Cont'd | 6-22-99 Brought Forw | | | | |
| 2 | 4.9.98 | PTH | ☐ Held ☐ Cont'd | 7-6-99 Surr Arraign | VOP WARD Non available | | | |
| 3 | 5.13.98 | PT | ☐ Held ☐ Cont'd | | | | | |
| 4 | 7-9-98 | T | ☐ Held ☐ Cont'd | | | | | |
| 5 | 9.3.98 | T + Motions | ☑ Held ☐ Cont'd | | | | | |
| 6 | 11-10-98 | P | ☑ Held ☐ Cont'd | plea | Coffey | 4919-4 | 1800 | |
| 7 | 11-9-01 | P | ☐ Held ☐ Cont'd | | | | | |
| 8 | 1-5-99 | Brought Forw | ☐ Held ☐ Cont'd | | | | | |
| 9 | 1-19-99 | Surr Arraign | ☐ Held ☐ Cont'd | Atty Duffey $100 or 20hrs | | | | |
| 10 | 2-8-99 | BVH | ☐ Held ☐ Cont'd | | | | | |

ARR=Arraignment  PT= Pretrial hearing  CE = Discovery compliance & jury election  T= Bench trial  J = Jury trial  PC = Probable cause hearing  M = Motion hearing  SR = Status review
SRP = Status review of payments  FA = First appearance in jury session  S = Sentencing  CW = Continuance-without-finding scheduled to terminate  P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted  WAR = Warrant issued  WARD = Default warrant issued  WR = Warrant or default warrant recalled  PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 2-10-98 | notissued |
| 2-17-98 | $4,000 bail rec'd |
| MAR 10 1998 | Deft states he will retain pvt attny. Court appts attny Sullivan. Cont'd 4-9-98 PTT per order Judge Driscoll. (4-9-98 being a Thursday and Non-custody). Deft to also have Pvt attny present. Note: CPCS was not notified of today's appearance. |
| 7-8-98 | (M) To Adv + Cont'd Allowed. ADA Christopher, Hon. Driscoll |
| 9-10-98 | drug eval + treat + random urines Coffey |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | ✓ WAIVED |
|---|---|---|---|---|
| 3/10/98 Baler | Legal Counsel Fee (211D §2A ¶2) | 100 | 20 hrs c/s PVT | ✓ |
| | Legal Counsel Contribution (211D) | | | |
| | Court Costs (280 §6) | | | |
| Coffey 11/10/98 | Drug Analysis Fee (280 §6B) | 150 | | |
| | OUI §24D Fee (90 §24D ¶9) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][4][2]) | | | |
| Coffey 11/10/98 | Probation Supervision Fee (276 §87A) | 45 | a/a no supervision | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

BAIL RECEIVED FROM WEST ROXBURY DISTRICT COURT DATE: ___

True Copy Attest / Walsh

## SCHEDULING HISTORY

| NO. | SCHEDULED DATE | SCHEDULED EVENT | RESULT | | JUDGE | TAPE NO. | START | STOP |
|---|---|---|---|---|---|---|---|---|
| 1 | 3/10/98 | ARR? | ☐ Held ☐ Cont'd | 6-22-99 Brought Forw | | | | |
| 2 | 4.9.98 | PTT | ☐ Held ☐ Cont'd | 7-6-99 Sun Aurign | VOP WARD | Non available | | |
| 3 | 5.13.98 | P.T | ☐ Held ☐ Cont'd | | | | | |
| 4 | 7-9-98 | T | ☐ Held ☐ Cont'd | | | | | |
| 5 | 9.3.98 | T + MOTIONS | ☑ Held ☐ Cont'd | | | | | |
| 6 | 11-10-98 | T | ☑ Held ☐ Cont'd | plea | Coffey | 4919-4 | 1800 | |
| 7 | 11-9-01 | P | ☐ Held ☐ Cont'd | | | | | |
| 8 | 1-5-99 Brought Forw | | ☐ Held ☐ Cont'd | | | | | |
| 9 | 1-19-99 Sun Arraign | | ☐ Held ☐ Cont'd | Atty Duffey $100 r 20hrs | | | | |
| 10 | 2-8-99 BVH | | ☐ Held ☐ Cont'd | | | | | |

ARR=Arraignment   PT = Pretrial hearing   CE = Discovery compliance & jury election   T= Bench trial   J = Jury trial   PC = Probable cause hearing   M = Motion hearing   SR = Status review
SRP = Status review of payments   FA = First appearance in jury session   S = Sentencing   CW = Continuance-without-finding scheduled to terminate   P = Probation scheduled to terminate
DFTA = Defendant failed to appear & was defaulted   WAR = Warrant issued   WARD = Default warrant issued   WR = Warrant or default warrant recalled   PR = Probation revocation hearing

## OTHER DOCKET ENTRIES

| ENTRY DATE | |
|---|---|
| 2·10·98 | not issued |
| 2-17-98 | $4,000 bail rec'd PM |
| MAR 10 1998 | Deft states he will retain pvt atty. Court appts. atty Sullivan. Cont'd 4.9.98 PTT per order Judge Driscoll. (4.9.98 being a Thursday and Non-Custody). Deft. to also have Pvt atty present. NOTE: CPCS was not notified of today's appearance. |
| 7-8-98 | (M) To adv + Cont'd allowed. ADA Cristopher, Hon. Driscoll |
| 11-10-98 | Drug eval + treat — + random urines Coffey |

## ADDITIONAL ASSESSMENTS IMPOSED OR WAIVED

| DATE IMPOSED & JUDGE | TYPE OF ASSESSMENT | AMOUNT | DUE DATES & COMMENTS | ✓ WAIVE |
|---|---|---|---|---|
| 3/10/98 Baler | Legal Counsel Fee (211D §2A½) | 100— | 20 hrs c/s PVT | ✓ |
| | Legal Counsel Contribution (211D §2½) | | | |
| | Court Costs (280 §6) | | | |
| Coffey 11/10/98 | Drug Analysis Fee (280 §6¾) | 150 | | |
| | OUI §24D Fee (90 §24D) | | | |
| | OUI Head Injury Surfine (90 §24[1][a][4½]) | | | |
| Coffey 11/10/98 | Probation Supervision Fee (276 §87A) | 45 | mo a mo supervision | |
| | Default Warrant Assessment Fee (276 §30 ¶2) | | | |
| | Default Warrant Removal Fee (276 §30 ¶1) | | | |

BAIL RECEIVED FROM WEST ROXBURY DISTRICT COURT

True Copy Attest Walsh

| DOCKET CONTINUATION | NAME OF DEFENDANT Randy L. Brimley | DOCKET NUMBER 9806cr_0621 |
|---|---|---|
| DATE | OTHER DOCKET ENTRIES | |
| 2.8.99 | Cont'g 2.19.99 VOP hearing Bf. Hon. Coffey. RAC | |
| 2.19.99 | Sum withdrawn; cont'd original date 11-9-01 Rufo J. | |
| 5/17/01 | WR (15) | |
| 5-17-01 | VOP found - T&D - Coffey | |

True Copy Attest/ _J. Walsh_

DC-CR-9 (12/95)

| COURT DIVISION | NAME, ADDRESS AND ZIP CODE OF DEFENDANT | Trial Court of Massachusetts |
|---|---|---|
| JC WEST ROXBURY | 1806CR 0621<br>Randy L. Brimley<br>20 Woodville St. #2<br>Roxbury, MA | **District Court Department** |

TO ANY JUSTICE OR CLERK-MAGISTRATE OF THE DISTRICT COURT DEPARTMENT:

The undersigned complainant, on behalf of the Commonwealth, on oath complains that on the date and at the location stated herein the defendant did commit the offense(s) listed below.

| DEFT. DOB AND SEX | OFFENSE CODE(S) |
|---|---|
| 08-08-79 | 813, 813b, 809 |

| DATE OF OFFENSE(S) | PLACE OF OFFENSE(S) |
|---|---|
| 2-9-98 | Dimock/Columbus Ave. |

| COMPLAINANT | POLICE DEPARTMENT (if applicable) |
|---|---|
| Beath, 9702/A.Murphy | E-13, cc#80067911 |

| DATE OF COMPLAINT | RETURN DATE AND TIME |
|---|---|
| February 10, 1998 | Arrested |

**COUNT-OFFENSE**

**A. TRAFFICKING IN COCAINE c94C s32E**

did traffic in cocaine or a salt thereof, in that said defendant did knowingly or intentional manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, or bring into this Commonwealth a net weight of fourteen grams or more of cocaine or a salt thereof or a mixture containing cocaine or a salt thereof, said cocaine or salt thereof or mixture having a net weight of OVER 14 GRAMS, in violation of G.L. c.94C, s.32E.

*Am poss Cl B to/Dist*

**COUNT-OFFENSE**

**B. TRAFF. IN COCAINE W/1000 FT SCHOOL c94C s32J.**

did traffic in cocaine or a salt thereof, in that said defendant did knowingly or intentional manufacture, distribute or dispense, or possess with intent to manufacture, distribute or dispense, or bring into this Commonwealth a net weight of fourteen grams or more of cocaine or a salt thereof or a mixture containing cocaine or a salt thereof, said cocaine or salt thereof or mixture having a net weight of OVER 14 GRAMS, within 1000 feet of the real property comprising a public or private elementary, vocational, or secondary school, in violation of G.L. c 94C s32J.

*dism R/C*

**COUNT-OFFENSE**

**C. MFG./DISTRIB./CULTIVATE CLASS D SUB. c94C s32C**

not being authorized by law, did knowingly or intentionally manufacture, distribute, dispense or cultivate a controlled substance in Class "D" of G.L. c.94C, s.31, to wit: marijuana, in violation of G.L. c.94C, s.32C.

*Amended 11/10/98  poss Class D  Coffey*

**COUNT-OFFENSE**

COMPLAINANT X _[signature]_    SWORN TO BEFORE CLERK-MAGISTRATE/ASST. CLERK X _[signature]_    ON (DATE) 2-19-98

FIRST JUSTICE: Kathleen E. Coffey

COURT ADDRESS: 445 THE ARBORWAY, JAMAICA PLAIN, MA 02130

A TRUE COPY ATTEST: X    CLERK-MAGISTRATE/ASST. CLERK _[signature]_ Walsh

ADDITIONAL COUNTS ATTACHED

DC-CR 1 (12/95)

| TENDER OF PLEA OR ADMISSION WAIVER OF RIGHTS | DOCKET NO. 9806 CR 0621 | NO. OF COUNTS 3 | Trial Court of Massachusetts District Court Department |
|---|---|---|---|
| INSTRUCTIONS: This form must be typed or printed clearly, completed prior to the Pretrial Hearing, signed by both counsel and submitted to the court by the defendant at or before the Pretrial Hearing. | NAME OF DEFENDANT Randy Brimley | | COURT DIVISION West Roxbury District Court 445 Arborway Jamaica Plain, MA 02130 |

## SECTION I — TENDER OF PLEA

Defendant in this case hereby tenders the following ☒ PLEA OF GUILTY ☐ ADMISSION TO FACTS SUFFICIENT FOR A FINDING OF GUILTY conditioned on the dispositional terms indicated below. Include all proposed terms (guilty finding, finding of sufficient facts, continued without finding, dismissal, fine, costs, probation period and supervision terms, restitution amount including the identification of the recipient of restitution, and any sentence of incarceration, split sentence or suspended sentence, etc.). Number each count and specify terms for each count separately.

| COUNT NO. | DEFENDANT'S DISPOSITIONAL TERMS (Check "Yes" if Prosecution agrees – Check "No" If Prosecution disagrees) | YES/NO | PROSECUTOR'S RECOMMENDATION (Required if Prosecutor disagrees with terms) |
|---|---|---|---|
| A | Poss w/int Class B – 6.18 months Probation | YES | |
| B | Poss w/int Class B School Zone – Dism | YES | |
| C | Poss w/int Class D – 6-File | YES | |
| | | | |
| | | | |

WE HAVE CONSULTED WITH THE PROBATION DEPARTMENT REGARDING ANY PROBATION TERMS SET FORTH ABOVE.

SIGNATURE OF DEFENSE COUNSEL  DATE 11/10/98
SIGNATURE OF PROSECUTING OFFICER  DATE 11/10/98

## SECTION II — PLEA OR ADMISSION ACCEPTED BY THE COURT

The Court ☐ ACCEPTS the tendered Plea or Admission on defendant's terms set forth in Section I, and will impose sentence in accordance with said terms, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

## SECTION III — PLEA OR ADMISSION REJECTED BY THE COURT

The Court ☒ REJECTS the defendant's dispositional terms set forth above and, in accordance with Mass. R. Crim. P. 12(c)(6), has set forth to the defendant the dispositional terms it would find acceptable, to wit:

guilty, 2 year S.S. 3 year prob, drug evaluation, random urines

**DEFENDANT'S DECISION IF COURT REJECTS TENDERED PLEA OR ADMISSION:**

☐ Defendant WITHDRAWS the tendered Plea or Admission; the parties must complete and file a Pretrial Conference Report, a Pretrial Hearing must be conducted and a trial date scheduled, if necessary.

☒ Defendant ACCEPTS terms set forth by the Court, a Plea or Admission will be accepted by the court and said dispositional terms imposed, subject to submission of defendant's written WAIVER (see Section IV on reverse of this form), completion of the required oral COLLOQUY, a determination that there is a FACTUAL BASIS for the Plea or Admission, and notice of ALIEN RIGHTS.

SIGNATURE OF JUDGE ACCEPTING OR REJECTING PLEA OR ADMISSION  DATE 11/10/98
SIGNATURE OF DEFENSE COUNSEL (If rejection decision made)  DATE 11/10/98

True Copy Attest

## SECTION IV — DEFENDANT'S WAIVER OF RIGHTS (G.L. c. 263, § 6) & ALIEN RIGHTS NOTICE (G.L. c. 278, § 29D)

I, the undersigned defendant, understand and acknowledge that I am voluntarily giving up the right to be tried by a jury or a judge without a jury on these charges.

I have discussed my constitutional and other rights with my attorney. I understand that the jury would consist of six jurors chosen at random from the community, and that I could participate in selecting those jurors, who would determine unanimously whether I was guilty or not guilty. I understand that by entering my plea of guilty or admission, I will also be giving up my right to confront, cross-examine, and compel the attendance of witnesses; to present evidence in my defense; to remain silent and refuse to testify or provide evidence against myself by asserting my privilege against self-incrimination, all with the assistance of my defense attorney; and to be presumed innocent until proven guilty by the prosecution beyond a reasonable doubt.

I am aware of the nature and elements of the charge or charges to which I am entering my guilty plea or admission. I am also aware of the nature and range of the possible sentence or sentences.

My guilty plea or admission is not the result of force or threats. It is not the result of assurances or promises, other than any agreed-upon recommendation by the prosecution, as set forth in Section I of this form. I have decided to plead guilty, or admit to sufficient facts, voluntarily and freely.

I am not now under the influence of any drug, medication, liquor or other substance that would impair my ability to fully understand the constitutional and statutory rights that I am waiving when I plead guilty, or admit to sufficient facts to support a finding of guilty.

I understand that if I am not a citizen of the United States, conviction of this offense may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF DEFENDANT | DATE |
|---|---|
| X *[signature]* | 11/10/04 |

## SECTION V — DEFENSE COUNSEL'S CERTIFICATE (G.L. c. 218, § 26A)

As required by G.L. c. 218, § 26A, I certify that as legal counsel to the defendant in this case, I have explained to the defendant the above-stated provisions of law regarding the defendant's waiver of jury trial and other rights so as to enable the defendant to tender his or her plea of guilty or admission knowingly, intelligently and voluntarily.

| SIGNATURE OF DEFENSE COUNSEL | B.B.O. NO. | DATE |
|---|---|---|
| *[signature]* | 556796 | 11/10/04 |

## SECTION VI — JUDGE'S CERTIFICATION

I, the undersigned Justice of the District Court, addressed the defendant directly in open court. I made appropriate inquiry into the education and background of the defendant and am satisfied that he or she fully understands all of his or her rights as set forth in Section IV of this form, and that he or she is not under the influence of any drug, medication, liquor or other substance that would impair his or her ability to fully understand those rights. I find, after an oral colloquy with the defendant, that the defendant has knowingly, intelligently and voluntarily waived all of his or her rights as explained during these proceedings and as set forth in this form.

After a hearing, I have found a factual basis for the charge(s) to which the defendant is pleading guilty or admitting and I have found that the facts as related by the prosecution and admitted by the defendant would support a conviction on the charges to which the plea or admission is made.

I further certify that the defendant was informed and advised that if he or she is not a citizen of the United States, a conviction of the offense with which he or she was charged may have the consequences of deportation, exclusion from admission to the United States, or denial of naturalization, pursuant to the laws of the United States.

| SIGNATURE OF JUDGE | DATE |
|---|---|
| X | |

True Copy Attest: *[signature]*

| APPEARANCE OF COUNSEL | Trial Court of Massachusetts<br>District Court Department |  |

**DOCKET NUMBER:**

98   CR   0621
YEAR*   COURT   CASE TYPE**   CASE NUMBER
         NUMBER

*e.g. '93", "94" etc.
**e.g. "CR", "CV" etc.

**COURT NAME AND ADDRESS**

West Roxbury District Court
445 Arborway
Jamaica Plain, MA 02130

**To the Clerk - Magistrate:**

Please enter my appearance as attorney for _Ramon Bimlex_

in the above numbered court action.

**ATTORNEY NAME**
Christopher P. Belezos

**ATTORNEY FIRM**
Belezos & Gratzer

**STREET ADDRESS**
480 Washington St

**CITY/TOWN**
Dorchester

**STATE** MA

**ZIP CODE** 02124

**B.B.O. NUMBER (Required)**
556756

**TELEPHONE NUMBER**
(617) 288-8500

X _[signature]_
SIGNATURE OF ATTORNEY

7/9/95
DATE

True Copy Attest / _R. Walsh_

| NOTICE OF ASSIGNMENT OF COUNSEL | ASSIGNMENT NUMBER **C 2181621-1** | COMMONWEALTH OF MASSACHUSETTS |
|---|---|---|

DATE OF ASSIGNMENT: **2/10/98**
NAME OF ASSIGNING JUDGE: **J. Baylor**
NAME OF PERSON FOR WHOM COUNSEL ASSIGNED: **Jerry Kelly**

COURT DIVISION: #541 WEST ROXBURY DISTRICT COURT, 445 ARBORWAY, FOREST HILLS, JAMAICA PLAIN, MA 02130

☐ Juvenile (J)   ☒ Adult (A)   Language if not English: ___

CRIMINAL CASES—ENTER OFFENSE CODE OR CHAPTER & SECTION WITH CHARGE

| DOCKET NO. | OFFENSE CODE | CHAPTER | SECTION | CHARGE |
|---|---|---|---|---|
| A | | | | Pos. B w/ Intent |
| B | | | | School Zone. |
| C | | | | |
| D | | | | |
| E | | | | |
| F | | | | |

NON-CRIMINAL CASES
- ☐ 1001 c.119, §§23(C), 29
- ☐ 1002 c.210, §3/DPW v.JKB
- ☐ 1003 Civil Commitment
- ☐ 1017 Writ of Apprehension c.123, §12(E)
- ☐ 1018 Commitment of Alcoholics c.123, §35
- ☐ 1019 Commitment/Guardianship of Mentally Retarded Persons c.201, §6A
- ☐ 1004 Commitment Review
- ☐ 1005 c.112, §12S
- ☐ 1006 SDP (c. 123A, §5)
- ☐ 1007 SDP Review (c. 123A, §9)
- ☐ 1008 CHINS (c.119, §39F)
- ☐ 1009 Rogers
- ☐ 1010 Spring/Saikewicz
- ☐ 1011 Probate Contempt
- ☐ 1012 Housing Contempt
- ☐ 1013 Foster Care Review
- ☐ 1014 Elderly Abuse
- ☐ 1015 c.201 Guardianship
- ☐ 1016 C&P (c.119, §§24, 29)
- ☐ 1020 Disabled Persons (c.19C, §7) Petition for Protective Services

THIS FORM IS NOT FOR GUARDIAN AD LITEM ASSIGNMENTS

NEXT COURT DATE: **3/12/98**
FOR:
- ☐ Bench or Jury Trial (T)
- ☐ Probable Cause (C)
- ☒ Pre-Trial (P)
- ☐ Other (O)

INCARCERATION STATUS
- ☐ Released
- ☒ Not Released
- Bail $ ___ No Bail ___
- ☐ Serving Other Sentence
- ☐ Committed
- ☐ Not Applicable

POST-TRIAL CRIMINAL CASES ONLY — PURPOSE OF ASSIGNMENT
- ☐ Appeals Court or SJC (A)
- ☐ Sentence Appeal (S)
- ☐ Probation Surrender (P)
- ☐ Revise and Revoke (R)
- ☐ New Trial Motion (N)
- ☐ Other (O)

INDIGENCY DETERMINATION
The court has found the above-named person
- ☐ Indigent   or   ☒ Indigent but able to contribute $ **100**

*& 20 hrs. com. service*

The attorney or organization listed below is assigned to represent this person in this action.

CHECK ONE OF THE FOLLOWING:

☐ Public Defender Division
Local Office # **11**
(See reverse side for address and telephone number.)

☐ Student Attorney under Rule 3:03
Name of Program

☐ Attorney to be named by CPCS for Appeals Court/SJC/Murder Cases/Rule 30 Motions/SDP Send to: CPCS, 470 Atlantic Ave., Suite 700, Boston, MA 02210

☒ Private Counsel Attorney PLEASE PRINT
NAME: **Antoinette L. Hall**
STREET: **Payne + Hall 129 South St. 5th Fl**
CITY: **Boston**
STATE: **MA**   ZIP: **02111**
TELEPHONE: **617 542 0658   781 509 3771**
CRIMINAL CASE INFORMATION CONTACT: BAR ADVOCATE PROGRAM NO. **3**
(SEE REVERSE SIDE FOR ADDRESS AND TELEPHONE NUMBER.)

AUTHORIZED SIGNATURE: ___
PRINT NAME: ___

**INSTRUCTIONS TO THE COURT**
1. Forward white copy to Committee for Public Counsel Services, 470 Atlantic Ave., Suite 700, Boston, MA 02210
2. Retain green copy for court file.
3. Remaining copies are color coded as follows: pink—client, blue—bar advocate program, buff and goldenrod—attorney.

True Copy Attest ___

| NOTICE OF ASSIGNMENT OF COUNSEL | ASSIGNMENT NUMBER C 2181644-3 | COMMONWEALTH OF MASSACHUSETTS |
|---|---|---|
| DATE OF ASSIGNMENT: 2/10/98 | NAME OF ASSIGNING JUDGE: J. Baylor | COURT DIVISION / ☐ JURY SESSION (Check Here) |
| NAME OF PERSON FOR WHOM COUNSEL ASSIGNED: RANDY BRIMLEY | | #541 WEST ROXBURY DISTRICT COURT 445 ARBORWAY, FOREST HILLS JAMAICA PLAIN, MA 02130 |

☐ Juvenile (J)   ☒ Adult (A)   Language if not English _____

### CRIMINAL CASES—ENTER OFFENSE CODE OR CHAPTER & SECTION WITH CHARGE

| DOCKET NO. | OFFENSE CODE | CHAPTER | SECTION | CHARGE |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| C | | | | |
| D | | | | |
| E | | | | |
| F | | | | |

### NON-CRIMINAL CASES

- ☐ 1001 c.119, §§23(C), 29
- ☐ 1002 c.210, §3/DPW v.JKB
- ☐ 1003 Civil Commitment
- ☐ 1017 Writ of Apprehension c.123, §12(E)
- ☐ 1018 Commitment of Alcoholics c.123, §35
- ☐ 1019 Commitment/Guardianship of Mentally Retarded Persons c.201,§6A
- ☐ 1004 Commitment Review
- ☒ 1005 c.112, §12S
- ☐ 1006 SDP (c. 123A, §5)
- ☐ 1007 SDP Review (c. 123A, §9)
- ☐ 1008 CHINS (c.119, §39F)
- ☐ 1009 Rogers
- ☐ 1010 Spring/Saikewicz
- ☐ 1011 Probate Contempt
- ☐ 1012 Housing Contempt
- ☐ 1013 Foster Care Review
- ☐ 1014 Elderly Abuse
- ☐ 1015 c.201 Guardianship
- ☐ 1016 C&P (c.119, §§24, 29)
- ☐ 1020 Disabled Persons (c.19C, §7) Petition for Protective Services

THIS FORM IS NOT FOR GUARDIAN AD LITEM ASSIGNMENTS

**NEXT COURT DATE:** 3/10/98

FOR:
- ☐ Bench or Jury Trial (T)
- ☐ Probable Cause (C)
- ☒ Pre-Trial (P)
- ☐ Other (O)

**INCARCERATION STATUS**
- ☐ Released
- ☒ Not Released — Cash
- Bail $ 9000  No Bail
- ☐ Serving Other Sentence
- ☐ Committed
- ☐ Not Applicable

**POST-TRIAL CRIMINAL CASES ONLY — PURPOSE OF ASSIGNMENT**
- ☐ Appeals Court or SJC (A)
- ☐ Sentence Appeal (S)
- ☐ Probation Surrender (P)
- ☐ Revise and Revoke (R)
- ☐ New Trial Motion (N)
- ☐ Other (O)

**INDIGENCY DETERMINATION**   Bail Warning
The court has found the above-named person
- ☐ Indigent   or   ☒ Indigent but able to contribute $ 100

The attorney or organization listed below is assigned to represent this person in this action.

### CHECK ONE OF THE FOLLOWING:

☐ Public Defender Division
Local Office # 11
(See reverse side for address and telephone number.)

☐ Student Attorney under Rule 3:03
Name of Program _____

☐ Attorney to be named by CPCS for Appeals Court/SJC/Murder Cases/Rule 30 Motions/SDP Send to: CPCS 470 Atlantic Ave., Suite 700 Boston, MA 02210

☒ Private Counsel Attorney → Bail Only.
PLEASE PRINT
NAME: Antoinette L. Hall
STREET: Payne & Hall, 128 South St. 5th Fl.
CITY: Boston
STATE: MA   ZIP: 02111
TELEPHONE: (617) 542-0659(O) (781) 509-3771

CRIMINAL CASE INFORMATION CONTACT: BAR ADVOCATE PROGRAM NO. 3
(SEE REVERSE SIDE FOR ADDRESS AND TELEPHONE NUMBER.)

AUTHORIZED SIGNATURE _____
PRINT NAME _____

### INSTRUCTIONS TO THE COURT

1. Forward white copy to Committee for Public Counsel Services, 470 Atlantic Ave., Suite 700, Boston, MA 02210
2. Retain green copy for court file.
3. Remaining copies are color coded as follows: pink—client, blue—bar advocate program, buff and goldenrod—attorney.

PC-1 (Rev. 8/95)

True Copy Attest: Richard X. Walsh