

**U.S. Department of Justice**

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*  *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

December 29, 2004

J. Martin Richey, Esq.
Federal Defender's Office
408 Atlantic Avenue, 3rd floor
Boston, MA 02210

      Re:  United States v. Randy Brimley
           <u>Criminal No. 04-10344-RGS</u>

Dear Counsel:

    Enclosed please find the following supplemental discovery in the above matter:

1. Search warrant and return for 580 South Main Street in Fall River, MA;
2. Search warrant and return for 20 Woodville Street, #2 in Roxbury, MA.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:

                              <u>S/ Glenn A. MacKinlay</u>
                              GLENN A. MACKINLAY
                              Assistant U.S. Attorney

enclosures

cc:  Noreen Russo
     Clerk to the Honorable Robert B. Collings
     (w/o enclosures)