# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                             CRIMINAL NO. 2004-10344-RGS

RANDY BRIMLEY,
        Defendant.

## *REPORT AFTER INITIAL STATUS CONFERENCE PURSUANT TO LOCAL RULE 116.5(A)*

COLLINGS, U.S.M.J.

    An Initial Status Conference was held on January 5, 2005; counsel for the defendant was present.

    The within Report is prepared pursuant to Local Rule 116.5(B). Using the numeration of matters listed in Local Rule 116.5(A), I report as follows:

(1)    No.

(2)    The Government shall produce full and complete discovery pursuant to Rule 16(a)(1)(G), Fed. R. Crim. P. to counsel for defendant *not less than twenty-eight (28) working days before trial;* the defendant shall comply with his reciprocal obligations

> respecting discovery of experts pursuant to Rule 16 (b)(1)(C), Fed. R. Crim. P., **not less than fourteen (14) working days before trial.**

(3) No.

(4) Any non-discovery type motions shall be filed **on or before the close of business on Monday, February 28, 2005;** the Government shall file its response/opposition within the time provided in the Local Rules.

(5) *See* Order of Excludable Delay entered this date.

(6) It is unknown whether a trial will be necessary; it would take about five (5) trial days.

(7) The Final Status Conference is set for **Thursday, March 3, 2005 at 11:15 A.M.**

Using the numeration of matters listed in Local Rule 116.5(B), I report as follows:

(1) *See* ¶¶ (1)-(4), *supra*.

(2) It does not.

(3) None.

(4) *See* Order of Excludable Delay entered this date.

(5) Not applicable.

*/s/ Robert B. Collings*
ROBERT B. COLLINGS
United States Magistrate Judge

January 6, 2005.