UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
                         )
         v.              )    CRIMINAL NO. 04-10344-RGS
                         )
RANDY BRIMLEY            )

### JOINT SUBMISSION OF THE PARTIES UNDER LOCAL RULE 116.5(A)

Pursuant to Local Rule 116.5(A), the parties state as follows:

(1) **Timing Requirements Under L.R. 116.3**

The parties do not request relief from the otherwise applicable timing requirements imposed by L.R. 116.3.

(2) **Expert Discovery under Fed.R.Crim.P. 16(a)(1)(E)**

The parties have requested discovery of each other concerning expert witnesses. The government will provide such discovery twenty eight days prior to trial. Defendant will provide reciprocal discovery fourteen days prior to trial.

(3) **Additional Discovery**

The parties anticipate some additional discovery. Nevertheless, any newly discovered evidence shall be disclosed pursuant to the Local Rules.

(4) **Motion Date**

The parties request that the date for the defendant to file pretrial dispositive motions be set at the interim status conference that is requested below.

DATE 1/5/2005

Deputy Clerk

(5) <u>Periods of Excludable Delay</u>

A period of twenty-eight days should be excluded from the date the defendant was arraigned, pursuant to L.R. 112.2. Additionally, the parties request that the period from the initial status conference (January 5, 2005) until the interim status conference should be excluded under the Speedy Trial Act, to allow the parties sufficient time to explore disposition of this case short of trial. Exclusion of such time is in the interests of justice.

(6) <u>Whether Trial is Anticipated; Length of Trial</u>

It is too early for the parties anticipate whether there will be a trial. However, a trial should last approximately one week.

(7) <u>Date for Future Status Conferences</u>

The parties request that the court set the interim status conference in late February, 2005.

Respectfully submitted,

MARTIN RICHEY, Esquire

_____
for defendant RANDY BRIMELY

MICHAEL J. SULLIVAN
United States Attorney

By: _____
GLENN A. MACKINLAY
Assistant U.S. Attorney