**FEDERAL DEFENDER OFFICE**
DISTRICT OF MASSACHUSETTS
408 ATLANTIC AVENUE, 3RD FLOOR
BOSTON, MASSACHUSETTS 02110

TELEPHONE: 617-223-8061
(FAX) 617-223-8080

January 10, 2005

Glen Mackinlay, AUSA
United States Attorney's Office
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02210

    Re:    United States v. Randy Brimley
             Criminal No. 04-10344-RGS

Dear Attorney Mackinlay:

With respect to discovery provided by the government by letter dated 12/21/04, I note that tapes N-6 (tape 2 of 3), N-9, N-12, N-16, N-17 and N-18 appear to have been recorded at the wrong speed and are consequently inaudible. Tape N-19 is blank.

With respect to the xeroxed copies of photographs you provided (Bates #s 127-140), would you kindly provide color copies. Further, the discovery refers to additional photographs (N-11, N-14, N-15, N-20, N-23 and N-28). Please provide color copies of those photos as well.

Finally, would you provide copies of documents seized at 580 South Main in Fall River and 20 Woodville Street in Roxbury (N-25, N-26), as well as copies of my client's cell phone records.

                        Sincerely,

                        J. Martin Richey

cc:    Clerk's Office, United States District Court