# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

       v.                      CRIMINAL NO. 2004-10344-RGS

RANDY BRIMLEY,
       Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

The Court orders the following period of time excludable from the time period within which trial must commence:

3/3/2005 - Conference held.

3/4 - 3/9/2005 - Continuance granted so that counsel can reach agreement on some discovery issues. I find that the ends of justice served by granting the continuance outweigh the interest of the public and the defendants in a speedy trial.

3/10/2005 - Conference held.

3/11 - 4/25/2004 - Excluded as per 18 U.S.C. § 3161(h)(1)(F).

Thus, as of April 25, 2005, TWENTY (20) non-excludable days have occurred leaving FIFTY (50) days left to commence trial so as to be within the seventy-day period for trial set by statute.

/s/ Robert B. Collings

ROBERT B. COLLINGS
March 10, 2005.                    United States Magistrate Judge