

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*          *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts 02210*

March 14, 2005

J. Martin Richey, Esq.
Federal Defender's Office
408 Atlantic Avenue, 3rd floor
Boston, MA 02210

    Re:  United States v. Randy Brimley
         Criminal No. 04-10344-RGS

Dear Counsel:

    Enclosed please find in the above matter a copy of the surveillance videotape, N-21 concerning the purchase of exhibit number 7. The videotape is subject to the protective order issued by the court on March 10, 2005 prohibiting your dissemination of the tape at this time.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                              Very truly yours,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                By:

                            S/ Glenn A. MacKinlay
                            GLENN A. MACKINLAY
                            Assistant U.S. Attorney

enclosure
cc:  Noreen Russo
     Clerk to the Honorable Robert B. Collings
     (w/o enclosures)