ROBT B. COLLINGS
MAGISTRATE JUDGE

MAR 1 0 2005

UNITED STATES DISTRICT COURT
BOSTON MASSACHUSETTS

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
          v.                  )      Criminal No.: 04-10344-RGS
                              )
RANDY BRIMLEY                 )

## ASSENTED MOTION FOR ORDER OF EXCLUDABLE DELAY

The United States of America, through undersigned counsel,
files this Motion For Order Of Excludable Delay.  The government
respectfully requests that the Court issue an order that excludes
the time from February 28, 2005 to the date of the Final Status
Conference on March 10, 2005 under the Speedy Trial Act.  As
reason therefore, the government states that the interests of
justice are served because the case against the defendant may be
resolved without a trial.  The parties assent to this motion.


                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         UNITED STATES ATTORNEY

              By:

                         GLENN A. MACKINLAY
                         Assistant U.S. Attorney