IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION |
| v. | ) | |
| | ) | NO. 04-10344-RGS |
| | ) | |
| RANDY BRIMLEY | ) | |

**FINAL STATUS CONFERENCE REPORT OF THE PARTIES
UNDER LOCAL RULE 116.5(C)**

Pursuant to Local Rule 116.5(C) and in anticipation of the final status conference scheduled for March 10, 2005 in this matter, the United States and Defendant Randy Brimley state as follows:

(1) There are no outstanding discovery issues to be presented or resolved by the Court. Counsel needs to review of the original audio tapes which the government will make available. The surveillance videotape contains the images of the cooperating witness. The government declines to provide a copy the videotape at this time unless it is subject to a protective order.

(2) Neither the government nor Defendant anticipate any additional discovery beyond what is discussed above.

(3) Defendant does not intend to raise a defense of insanity or public authority.

(4) The government requested notice of alibi on or about December 21, 2004 as part of its automatic discovery letter to defense counsel. Defendant, however, does not intend to offer an alibi defense at this time.

3/10/05
N. Russo

(5) Defendant may file substantive motions requiring a ruling by the Court.

(6) A pretrial schedule needs to be set in this case. Given the current status of this matter, the parties think that a further status conference is necessary and request that this matter not be referred to the district court at this time.

(7) The parties anticipate this case may be resolved by guilty plea but require additional time to finalize discussions which include matters in another jurisdiction.

(8) Speedy Trial Act

There are 18 non-excludable days and thereby 52 days under the Speedy Trial Act left to commence a trial in this matter.

(9) A trial, if necessary will last about one week.

RANDY BRIMLEY
By His Attorney

_____
MARTIN RICHEY, Esq.
Federal Defender's Office
408 Atlantic Avenue, 3rd Floor
Boston, MA 02210
(617) 223-8061

MICHAEL J. SULLIVAN
United States Attorney
By:

_____
GLENN A. MACKINLAY
Assistant U.S. Attorney
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210
(617) 748-3120

2

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by handing him same:

> Martin Richey, Esq.
> Federal Defender's Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA 02210

This 10th day of March, 2005.

_____
GLENN A. MACKINLAY
ASSISTANT UNITED STATES ATTORNEY

3