

U.S. Department of Justice

**Michael J. Sullivan**
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*     *United States Courthouse, Suite 9200*
*1 Courthouse Way*
*Boston, Massachusetts  02210*

March 21, 2005

J. Martin Richey, Esq.
Federal Defender's Office
408 Atlantic Avenue, 3rd floor
Boston, MA 02210

      Re:  United States v. Randy Brimley
           Criminal No.  04-10344-RGS

Dear Counsel:

    As we discussed, enclosed please find in the above matter a copy of draft transcripts of exhibits N-1; N-6; N-9; N-10; and N-12.  These copies represent the only drafts available at this time.

    Please call the undersigned Assistant U.S. Attorney at 617-748-3215 if you have any questions.

                            Very truly yours,

                            MICHAEL J. SULLIVAN
                            United States Attorney

            By:

                            S/ Glenn A. MacKinlay
                            GLENN A. MACKINLAY
                            Assistant U.S. Attorney


enclosure
cc:  Noreen Russo
     Clerk to the Honorable Robert B. Collings
     (w/o enclosures)