UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10344-RGS |
| | ) | |
| RANDY BRIMLEY | ) | |

DEFENDANT'S ASSENTED-TO MOTION FOR
FURTHER TIME TO FILE SUBSTANTIVE MOTIONS
<u>AND TO CONTINUE FINAL STATUS CONFERENCE</u>

Defendant respectfully moves this Court to grant him further time to file substantive motions (currently due today) and to continue the final status conference in this matter (currently scheduled for Friday, April 29, 2005 at 11:00 a.m.).  Defendant respectfully requests a continuance of at least sixty days.

Defendant relies on two distinct grounds for this motion:

First, undersigned counsel has been informed by an Assistant U.S. Attorney in the District of Maine that defendant is soon to be indicted there on charges related to the matter currently pending in this district.  Defendant submits that before he can make an informed decision regarding how he will proceed in the instant matter, he must first understand the nature and scope of the charges soon to be brought in Maine and the jeopardy he potentially faces there.  Undersigned counsel has been informed that action in Maine is imminent.

Second, undersigned counsel has been unable to complete the review of discovery or to file dispositive motions in the instant matter both because of the press of other business and because of

the volume and nature of discovery in the instant case.  Most significantly, undersigned counsel has been appointed to represent a target of a grand jury investigation in an extraordinarily complex case being prosecuted by the anti-terrorism unit of the U.S. Attorney's office.  That case has required counsel's immediate attention.  Counsel is also attending to a full caseload, which includes a First Circuit brief due May 2, 2005.  The instant case, upon which defendant faces a twenty-year minimum mandatory sentence, involves two warrants to search premises and subsequent warrants to search telephones.  In addition, the government has several hours of allegedly consensually recorded conversations of defendant that undersigned counsel has yet to finish reviewing.

Defendant will assent to the exclusion of time for any delay caused by the Court granting this motion.

Assistant United States Attorney Glen MacKinlay assents to this motion.

>                    RANDY BRIMLEY
>                    By his attorney,
>
>
>                    /s/ J. Martin Richey
>                    J. Martin Richey
>                       B.B.O. # 559902
>                    Federal Defender Office
>                    408 Atlantic Ave., 3rd Floor
>                    Boston, MA  02210
>                    Tel: 617-223-8061

April 25, 2005