# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

    v.                          CRIMINAL NO. 2004-10344-RGS

RANDY BRIMLEY,
        Defendant.

## *FURTHER ORDER OF EXCLUDABLE DELAY*

COLLINGS, U.S.M.J.

    The Court orders the following period of time excludable from the time period within which trial must commence:

    4/29/2005 - Conference held.

    4/30 - 6/29/2005 -    Excluded as per 18 U.S.C. § 3161(h)(1)(F).

    Thus, as of June 29, 2005, TWENTY-THREE (23) non-excludable days have occurred leaving FORTY-SEVEN (47) days left to commence trial so as to be within the seventy-day period for trial set by statute.

                                    */s/ Robert B. Collings*
                                    ROBERT B. COLLINGS
April 29, 2005.                   United States Magistrate Judge