# United States District Court
# District of Massachusetts

UNITED STATES OF AMERICA

      v.                       CRIMINAL NO. 2005-10344-RGS

RANDY BRIMLEY,
         Defendant.

## ORDER AFTER
## FINAL STATUS CONFERENCE
## PURSUANT TO LOCAL RULE 116.5(C)

COLLINGS, U.S.M.J.

A Final Status Conference was held on April 29, 2005.

The within Order is prepared pursuant to Local Rule 116.5(D). Using the numeration of matters listed in Local Rule 116.5(C), I report as follows:

(1)    No.

(2)    No.

(3)    No.

(4)     The government has requested notice of alibi; the defendant has not responded.

(5)     No non-discovery type motions were filed within the time set by the Court (i.e., by 6/29/2005).

(6)     No.

(7)     At this point, it is unclear whether a trial will be necessary; trial will last about five (5) days.

(8)     *See* Further Order of Excludable Delay entered April 29, 2005. ***An Initial Pretrial Conference should be set AS SOON AS POSSIBLE. THE SPEEDY TRIAL ACT CLOCK IS RUNNING.***

(9)     Five (5) days.

Using the numeration of matters listed in Local Rule 116.5(D), I report as follows:

(1)     Yes.

(2)     Yes; no reason for the case to remain with the magistrate judge.

(3)     *See* ¶ (5), *supra.*

(4)     *See* ¶ (8), *supra.*

(5)     Five (5) days.

(6)     None.

I RECOMMEND that the Court set the case down for an Initial Pretrial Conference pursuant to Local Rule 117.1 ***AS SOON AS POSSIBLE.   THE***

2

***SPEEDY TRIAL ACT CLOCK IS RUNNING***.

THE FILE IS RETURNED TO THE CLERK'S OFFICE WITH INSTRUCTIONS TO BRING THE CASE TO THE IMMEDIATE ATTENTION OF THE COURTROOM DEPUTY CLERK ASSIGNED TO JUDGE STEARNS' SESSION.

The Clerk shall enter on the docket the fact that the case "is no longer referred to Magistrate Judge Collings."

/s/ Robert B. Collings

ROBERT B. COLLINGS
United States Magistrate Judge

June 30, 2005.

3