UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10344-RGS |
| | ) | |
| RANDY BRIMLEY | ) | |

<u>NOTICE OF APPEARANCE</u>

Undersigned counsel, Miriam Conrad, hereby files her appearance on behalf of defendant Randy Brimley.

/s/ Miriam Conrad

B.B.O. #550223
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as nonregistered participants on July 5, 2006.

/s/ Miriam Conrad

Miriam Conrad