CR 04-10344-RGS

To whom it may Concern

My name is Randy Brimley and im an inmate at FCI Butner II and im writing this letter to obtain my transcripts from my sentencing hearing on August 9, 2006 & I also would like my entire Docket entry sheet please

Thank you for your attention on the above matter

Sincerely
Randy Brimley

Randy Brimley 25402-038  O-Unit
PO Box 1500
Butner NC 27509