Page 2

MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | DISTRICT OF MASSACHUSETTS (BOSTON) |
|---|---|
| Name (under which you were convicted): RANDY BRIMLEY | Docket or Case No.: 1:04-cr-10344-RGS-1 |
| Place of Confinement: Federal Correctional Institution, Butner, Medium 2 | Prisoner No.: 25402-038 |
| UNITED STATES OF AMERICA convicted) RANDY BRIMLEY | Movant (include name under which v. UNITED STATES OF AMERICA |

**MOTION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:
   United States District Court, District of Massachusetts (Boston)
   1 COURTHOUSE WAY, BOSTON, MA 02118

   (b) Criminal docket or case number (if you know): 1:04-cr-10344-RGS-1

2. (a) Date of the judgment of conviction (if you know): August 11, 2006

   (b) Date of sentencing: August 9, 2006

3. Length of sentence: 237 months

4. Nature of crime (all counts): Count 1, a violation of 21 U.S.C §846, Count 2, a violation of 21 U.S.C. §841(a)(1) and 18U.S.C. §2, Count 3, a Violation of 21 U.S.C. § 841(a)(1), i.e., Distribution of cocaine base; Count 4, a violation of 21 U.S.C.§ 841(a)(1), Distribution of cocaine, Count 5, a Violation of 21U.S.C. § 841(a((1), and 18U.S.C.§ 2, i.e., Distribution of cocaine base & Aiding & abettin Counts 6-10, are also Violations of Title 21 U.S.C.§ 841(a)(1)

5. (a) What was your plea? (Check one)
   (1) Not guilty ☐   (2) Guilty ☒   (3) Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, what did you plead guilty to and what did you plead not guilty to?
   PETITIONER PLEAD GUILTY TO ALL COUNTS ON THE INDICTMENT.

6. If you went to trial, what kind of trial did you have? (Check one)
   Jury ☐   Judge only ☐

7. Did you testify at a pretrial hearing, trial, or post-trial hearing?    Yes ☐    No ☒
8. Did you appeal from the judgment of conviction?    Yes ☐    No ☒
9. If you did appeal, answer the following:
   (a) Name of court: NONE
   (b) Docket or case number (if you know): _____
   (c) Result: _____
   (d) Date of result (if you know): _____
   (e) Citation to the case (if you know): _____
   (f) Grounds raised: _____

   (g) Did you file a petition for certiorari in the United States Supreme Court?    Yes ☐    No ☒
   If "Yes," answer the following:
   (1) Docket or case number (if you know): _____
   (2) Result: _____
   (3) Date of result (if you know): _____
   (4) Citation to the case (if you know): _____
   (5) Grounds raised: _____

10. Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications concerning this judgment of conviction in any court?
    Yes ☐    No ☒
11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(b) If you filed any second motion, petition, or application, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your motion, petition, or application?   Yes ☐   No ☒

(7) Result: _____

(8) Date of result (if you know): _____

(c) Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition, or application?

(1) First petition:   Yes ☐   No ☒

(2) Second petition:   Yes ☐   No ☒

(d) If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not: __I was led to believe that my prior attorneys would file such motions, petitions, applications and or appeals.__

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts and law</u> supporting each ground.

**GROUND ONE:** INEFFECTIVE ASSISTANT OF COUNSEL DURING PLEA PROCEEDINGS.

(a) Supporting facts and law (State the specific facts and law that support your claim.):
PLEASE SEE SUPPORTING MEMORANDUM OF LAW, AND SUPPORTING AFFIDAVITS AND EXHIBITS

(b) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐   No ☒

(2) If you did not raise this issue in your direct appeal, explain why: Please see, page 4, part (d).

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?
Yes ☐   No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?
Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐  No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐  No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: **I was led to believe that court appointed counsel would raise any and all motions contrary to those that were orally contractual to the consolidated Plea agreement that was discussed both on and off the record.**

**GROUND TWO**: INEFFECTIVE ASSISTANT OF COUNSEL PRIOR TO AND DURING SENTENCING

(a) Supporting facts and law (State the specific facts and law that support your claim.):

    Please see supporting Memorandum of Law Supporting Affidavits and Exhibits

(b) **Direct Appeal of Ground Two:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: **I was led to believe that Counsel would file such Motions and Appeals.**

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐ No ☒

(2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐ No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

Yes ☐ No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐ No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Please see page 6, ¶(7).

**GROUND THREE:** INEFFECTIVE ASSISTANCE OF COUNSEL DURING SENTENCING.

(a) Supporting facts and law (State the specific facts and law that support your claim.):
Please see Supporting Memorandum of Law supporting Affidavits and Exhibits

Page 8

_____
_____
_____
_____
_____
_____
_____
_____
_____

(b) **Direct Appeal of Ground Three:**

    (1) If you appealed from the judgment of conviction, did you raise this issue?

        Yes ☐  No ☒

    (2) If you did not raise this issue in your direct appeal, explain why: _____
_____
_____

(c) **Post-Conviction Proceedings:**

    (1) Did you raise this issue in any post-conviction motion, petition, or application?

        Yes ☐  No ☒

    (2) If your answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____
_____

    (3) Did you receive a hearing on your motion, petition, or application?

        Yes ☐  No ☒

    (4) Did you appeal from the denial of your motion, petition, or application?

        Yes ☐  No ☒

    (5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

        Yes ☐  No ☒

    (6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____
_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Please see ¶(7), p. 6.

_____

_____

_____

**GROUND FOUR:** CHALLENGE TO THE 100:1 RATIO, i.e., CRACK COCAINE V. POWDER COCAINE.

(a) Supporting facts and law (State the specific facts and law that support your claim.): Please see Supporting Memorandum of Law.

_____

_____

_____

_____

_____

_____

(b) **Direct Appeal of Ground Four:**

   (1) If you appealed from the judgment of conviction, did you raise this issue?
      Yes ☐ No ☒

   (2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(c) **Post-Conviction Proceedings:**

   (1) Did you raise this issue in any post-conviction motion, petition, or application?
      Yes ☐ No ☒

   (2) If your answer to Question (c)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

_____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion, petition, or application?

    Yes ☐   No ☒

(4) Did you appeal from the denial of your motion, petition, or application?

    Yes ☐   No ☒

(5) If your answer to Question (c)(4) is "Yes," did you raise this issue in the appeal?

    Yes ☐   No ☒

(6) If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: Please see ¶(7) of page 6.

_____

13. Is there any ground in this motion that you have not previously presented in some federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: WHETHER THE DISTRICT COURT WAS IN ERROR FOR USING MY PRIOR CONVICTIONS IN THE PRESENT CASE TO ENHANCE MY SENTENCE. THE REASON WHY THE ABOVE HAVE NOT BEEN SUBMITTED TO THE COURT IS BECAUSE SAID CLAIM IS STILL UNDER REVIEW BY STATE ATTORNEY. IN THE EVENT THAT I AM CONTACTED BY STATE COUNSEL CONCERNING THE ABOVE MENTIONED CSAE, I RESERVE THE RIGHT TO AMEND MY §2255 PETITION UNDER RULE 15, FRCP

14. Do you have any motion, petition, or appeal now pending (filed and not decided yet) in any court for the judgment you are challenging?    Yes ☐   No ☒

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____
_____
_____
_____
_____

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment you are challenging:

    (a) At preliminary hearing: J. Martin Richey, Federal Defender's Office, 408 Atlantic Ave, Third Floor, Boston, MA 02110

    (b) At arraignment and plea: Miriam Conrad, Federal Defender's Office 408, Atlantic Ave. Third Floor, Boston, MA 02210

    (c) At trial: _____
    _____

    (d) At sentencing: Mariam Conrad, Federal Defender's Office, 408, Atlantic Ave

    (e) On appeal: _____

    (f) In any post-conviction proceeding: _____

    (g) On appeal from any ruling against you in a post-conviction proceeding: _____
    _____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time? Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes ☐ No ☒

    (a) If so, give name and location of court that imposed the other sentence you will serve in the future: _____
    _____

    (b) Give the date the other sentence was imposed: _____

    (c) Give the length of the other sentence: _____

    (d) Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or sentence to be served in the future? Yes ☐ No ☐

18. TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255

does not bar your motion.\*

_____

Therefore, movant asks that the Court grant the following relief: _____

_____

or any other relief to which movant may be entitled.

---

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.
§ 2255, paragraph 6, provides in part that:
    A one-year period of limitation shall apply to a motion under this section. The limitation period shall run from the latest of —
        (1) the date on which the judgment of conviction became final;
        (2) the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
        (3) the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
        (4) the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

Page 13

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on __July 27, 2007__ (month, date, year).

Executed (signed) on __July 27, 2007__ (date).

_____
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____
_____
_____

\* \* \* \* \*

Page 14

Therefore, movant asks that the Court grant the following relief: <u>Please see Supporting Memorandum and Law that follows.</u>

or any other relief to which movant may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion under 28 U.S.C. § 2255 was placed in the prison mailing system on <u>July, 27th 2007</u> (month, date, year).

Executed (signed) on <u>July 27, 2007</u> (date).

*[signature]*
Signature of Movant

If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion. _____

IN FORMA PAUPERIS DECLARATION
_____
[Insert appropriate court]
\* \* \* \* \*