UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.: 04-10344-RGS |
| | ) | |
| **RANDY BRIMLEY** | ) | |

### GOVERNMENT'S MOTION TO EXTEND TIME TO RESPOND TO THE DEFENDANT'S PETITION PURSUANT TO 18 U.S.C. § 2255

The United States of America, through undersigned counsel, files this motion to extend time to respond to the defendant's motion pursuant to 18 U.S.C. § 2255.  As reasons therefore, the government states that the Court's Order establishing the deadline for the government's responsive pleading is dated August 7, 2007.  The Order provides that the government is to respond within 20 days.  Accordingly, the government's response is due on or before August 27, 2007.  The government respectfully requests that the Court extend the deadline for it's submission of it's responsive pleading for a period of 45 days.  The government states that the undersigned counsel is scheduled to begin a trial on August 27, 2007 in the matter of <u>United States v. Steven Childs</u>, criminal number 06-10339-DPW.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY
                          By:

                                            <u>Glenn A. MacKinlay</u>
                                            GLENN A. MACKINLAY
                                            Assistant U.S. Attorney